2020 MAR 33 A 8: 15



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ9059 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
| Alexandria Iman MCPETERS-Salgadoe (1),<br>Daisy Jacqueline LEDESMA (2), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about March 28, 2020, within the Southern District of California, Defendants Alexandria Iman MCPETERS-Salgadoe and Daisy Jacqueline LEDESMA did knowingly and intentionally import 500 grams and more, to wit: approximately 12.86 kilograms (28.35 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Franco A. Polo, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND, DAY OF APRIL 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
     v.
Alexandria Iman MCPETERS-Salgadoe (1),
Daisy Jacqueline LEDESMA (2).

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent (SA) Franco A. Polo.

On March 31, 2020, at approximately 9:21 a.m., Alexandria Iman MCPETERS-Salgadoe (MCPETERS), a United States Citizen, entered the United States at the Andrade, California, Port of Entry through the vehicle lanes as the driver of a 2002 Toyota Camry (Toyota) bearing Arizona license plates. The passenger in the vehicle was identified as Daisy Jacqueline LEDESMA (LEDESMA).

In Primary Inspection, Customs and Border Protection Officer (CBPO) C. Hinojoza received a negative Customs declaration from MCPETERS. CBPO Hinojoza asked MCPETERS who was the owner of the vehicle and MCPETERS did not answer. CBPO Hinojoza noticed MCPETERS appeared to be very nervous. CBPO Hinojoza also noticed the vehicle MCPETERS was driving was not registered in her name. CBPO Hinojoza opted to refer MCPETERS and LEDESMA to the vehicle secondary inspection lot for further inspection.

In the Secondary Inspection area, CBPO Carlos Macias requested a search of the Toyota. Customs and Border Protection Canine Enforcement Officer (CEO) M.D. Rooney conducted a search of the vehicle utilizing a Human/Narcotics Detection Dog (HNDD).

The HNDD alerted to the rear driver side wheel well of the vehicle. CEO Rooney informed CBPO Macias of the positive alert.

Upon further inspection of the vehicle's spare tire well, CBPO Macias located a non-factory compartment. The compartment was opened and 26 packages wrapped in clear cellophane and black tape were discovered concealed within the compartment. CBPO Macias tested two random packages using the GEMINI and received a positive test for methamphetamine. A total of twenty-six (26) packages were discovered concealed inside the non-factory compartment. The total combined weight was approximately 12.86 kilograms (28.35 pounds) of methamphetamine.

LEDESMA was advised of her Miranda rights by Special Agent (SA) Polo, as witnessed by SA Yarnell. LEDESMA acknowledged her Miranda rights and agreed to answer questions without an attorney present. LEDESMA admitted she witnessed the Toyota being loaded with illegal controlled substances. LEDESMA also stated she had placed illegal controlled substances on MCPETERS to cross the United States/Mexico International border through the pedestrian lanes on previous occasions.

MCPETERS was advised of her Miranda rights by Special Agent (SA) Polo, as witnessed by SA Yarnell. MCPETERS acknowledged her Miranda rights and agreed to answer questions without an attorney present. MCPETERS admitted she had smuggled illegal controlled substances across the United States/Mexico International border on multiple occasions with the most recently smuggling event occurring on Saturday, March 28, 2020. MCPETERS stated that for this event she transported illegal controlled

substances to an address in the greater Phoenix area. MCPETERS stated that on the date of arrest, she suspected, but did not know for a fact, that the vehicle was loaded with any illegal controlled substances.